**F I L E D**
CLERK, U.S. DISTRICT COURT

3/5/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KM_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS RAY JUAREZ-ORTIZ, <br><br> Defendant. | CR 2:26-cr-00121-SRM <br><br> I N D I C T M E N T <br><br> [18 U.S.C. §§ 111(a)(1), (b): Assault on a Person Assisting Federal Officers and Employees Using a Deadly and Dangerous Weapon] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 111(a)(1), (b)]

On or about December 14, 2025, in Los Angeles County, within the Central District of California, defendant LUIS RAY JUAREZ-ORTIZ, intentionally and forcibly assaulted, intimidated, impeded, and interfered with victim M.C., an officer employed by G4S Global and assisting officers and employees of the United States Immigration and Customs Enforcement, Department of Homeland Security, a federal agency, while M.C. was engaged in, and on account of, the performance of M.C.'s official duties, and in doing so, used a deadly and dangerous weapon, namely, a firearm.

COUNT TWO

[18 U.S.C. §§ 111(a)(1), (b)]

On or about December 14, 2025, in Los Angeles County, within the Central District of California, defendant LUIS RAY JUAREZ-ORTIZ, intentionally and forcibly assaulted, intimidated, impeded, and interfered victim B.N., an officer employed by G4S Global and assisting officers and employees of the United States Immigration and Customs Enforcement, Department of Homeland Security, a federal agency, while B.N. was engaged in, and on account of, the performance

//

//

2

of B.N.'s official duties, and in doing so, used a deadly and dangerous weapon, namely, a firearm.

A TRUE BILL

/S/
Foreperson

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

KYLE W. KAHAN
Assistant United States Attorney
Deputy Chief, General Crimes
  Section

AYLIN KUZUCAN
Assistant United States Attorney
General Crimes Section